# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DELASK PITTMAN,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:13-cv-00713-HDM-VPC

**ORDER**

    Mail to petitioner has been returned (#10) with the notation that petitioner has been discharged from prison. Petitioner has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED: December 18, 2014.

                                                   HOWARD D. MCKIBBEN
                                                   United States District Judge